# THE LAW OFFICE OF JEFF CHABROWE

261 Madison Avenue, 12th Floor New York, NY 10016 | Tel. 917.529.3921 | F 212.736.3910

January 21, 2021
via ECF

Hon. Eric N. Vitaliano
United States District Court
Southern District of New York
225 Cadman Plaza E.
Brooklyn, NY

      **Re: U.S. v. Ayoub; 20-cr-142 (ENV)**

Your Honor,

    We represent defendant Moustafa Ayoub in the above-captioned matter. We write to inform the Court that our client, pursuant to the CARES Act, waives his right to an in-person appearance, consents to allocution by video, and in the event it malfunctions, to proceed by phone.

    Thank you for your time and consideration.

Respectfully,

*Jeffrey Chabrowe*

Jeff Chabrowe, Esq.
*Counsel for Moustafa Ayoub*
cell 917-529-3921
email jeff@chabrowe.com

cc via ECF: AUSA Joshua G. Hafetz